| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>*Caption in Compliance with D.N.J. LBR 9004-1(b)*<br><br>**DUANE MORRIS LLP**<br>Morris S. Bauer, Esq.<br>One Riverfront Plaza<br>1037 Raymond Blvd., Ste. 1800<br>Newark, NJ 07102-5429<br>Telephone: (973) 424-2037<br>E-mail: msbauer@duanemorris.com<br><br>*Counsel for Fulton Bank, N.A.* | |
| In re:<br><br>**VARUN MALIK**,<br><br>Debtor. | Chapter 7<br><br>Case No. 22-11708-CMG |
| **FULTON BANK, N.A.**,<br><br>Plaintiff,<br><br>v.<br><br>**VARUN MALIK**,<br><br>Defendant. | Adv. Pro. 22-01319-CMG<br><br>Judge: Hon. Christine M. Gravelle |

## ADJOURNMENT REQUEST

1.     I, <u>Morris S. Bauer</u>,

    ☒ am the attorney for:   <u>Fulton Bank, N.A.</u>,

    ☐   am self represented,

    and request an adjournment of the following hearing for the reason set forth below.

    Matter: <u>Pre-Trial Conference</u>

    Current hearing date and time: <u>February 1, 2023 at 3:00 p.m.</u>

    New date requested: <u>February 14, 2023 at 10:00 a.m.</u>

Reason for adjournment request: Fulton Bank, N.A recently filed a motion for partial summary judgment, which is returnable on February 14, 2023. The parties agreed to adjourn the pre-trial pending the outcome of said motion.

2. Consent to adjournment:

☒ I have the consent of all parties.    ☐ I do not have the consent of all parties (explain below):

I certify under penalty of perjury that the foregoing is true.

Date: January 31, 2023                    /s/ Morris S. Bauer

**COURT USE ONLY:**

The request for adjournment is:           2/14/23 at 10:00 a.m.
☒ Granted              New hearing date: _____        ☐ Peremptory
☐ Granted over objection(s)  New hearing date: _____  ☐ Peremptory
☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**